DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
AMADO ESCOBEDO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMADO ESCOBEDO, <br><br> Defendant. | No. 1:05-cr-0143 OWW <br><br> STIPULATION TO VACATE VIOLATION HEARING AND TO SET FOR STATUS CONFERENCE; ORDER THEREON <br><br> Date : April 4, 2011 <br> Time: 9:00 a.m. <br> Judge: Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, YASIN MOHAMMAD, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant AMADO ESCOBEDO, that the violation hearing scheduled for March 14, 2011 may be vacated and this matter may be set for status conference on April 4, 2011, or the soonest date thereafter that is convenient to the court.  **The date currently set for violation hearing is March 14, 2011 at 9:00 a.m.  The requested date for status conference is April 4, 2011 at 9:00 a.m.**

Mr. Escobedo is facing a new state charge arising from the same conduct that underlies pending supervised release violation petition.  The parties are attempting to reach a global agreement, but the state prosecutor is currently involved in a murder trial that is expected to last for two weeks.  The parties request that the March 14, 2011 violation hearing be vacated and that the matter be set for a status conference on April 4, 2011, in either district court or in magistrate court.  There is a strong possibility that

a negotiated settlement will be reached by that time.

    The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATED:  March 10, 2011               /s/ Yasin Mohammad
                                      YASIN MOHAMMAD
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: March 10, 2011               /s/ Eric V. Kersten
                                      ERIC V. KERSTEN
                                      Assistant Federal Defender
                                      AMADO ESCOBEDO

## **O R D E R**

    Pursuant to stipulation of the parties, the March 14, 2011 violation hearing is hereby vacated and the matter is set for status conference on April 4, 2011 at 9:00 a.m. in Courtroom 3 before the undersigned District Judge. Time is excluded in the interests of justice pursuant to 18 U.S.C.§§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:   March 11, 2011**                /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE